# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:19-cr-00343-SI-4 |
| v. | |
| **ANGEL UMANZOR-ARDON,** | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **Defendant.** | |

SIMON, District Judge:

    This matter is before the Court on the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The government has indicated it does not oppose the motion. Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective ten days after this order is issued, followed by a term of five years' supervised release. The Court concludes that the defendant does not pose a danger to any other person or the community. Upon release, defendant will reside at the NWRRC for up to 120 days. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

    The Court therefore GRANTS the Motion to Reduce Sentence.

    IT IS HEREBY ORDERED that Defendant's sentence is reduced to time-served effective ten days after this order has issued.

An amended judgment and commitment shall be prepared and entered forthwith in accordance with this decision.

Dated this 30th day of August, 2021.

*/s/ Michael H. Simon*
Hon. Michael H. Simon
United States District Court Judge